# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA        CRIMINAL ACTION

VERSUS        NO. 94-097

DANA HICKS        SECTION "F"(3)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. No. 331), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, it is the opinion of this Court defendant's actions on his own behalf were prompt, and his slight delay beyond the putative Rule 4 deadline (*one day*) was excusable and for good cause. In addition, the Federal Public Defender's Office acted with due haste such that the requisite "good cause" exists. Therefore,

**IT IS ORDERED** that this matter be returned to the United States Fifth Circuit Court of Appeal for further proceedings in connection with the pending Appeal as directed in the remand order (Rec. Doc. No. 326).

New Orleans, Louisiana, this 8th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE